UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30993 |
|---|---|
| ROBERTA HARRISON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 3 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | 71.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/26/2010

Certificate of Service 06-30993

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ROBERTA HARRISON
309 BROOKLYN AVENUE
DAYTON, OH  45417

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH  45416

(1007.1n)
ECAST SETTLEMENT CORP
BOX 35480
NEWARK, NJ  00000

(1008.1n)
GENE R CLARK ON BEHALF OF CREDITOR
HSBC MORTGAGE SERVICES INC
19732 MACARTHUR BLVD STE 100
IRVINE, CA  92612

(42.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(3.1)
HSBC MORTGAGE SERVICES
636 GRAND REGENCY BLVD
BRANDON, FL  33510

(47.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(1006.1n)
HSBC MORTGAGE SERVICES
%MCCALLA RAYMER LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(3.4)
MCCALLA RAYMER LLC
NATIONAL BANKRUPTCY DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(37.1n)
NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD
DEPARTMENT 500
BALTIMORE, MD  21230

(1005.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(39.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____      sv